# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

MOISES ELIAS HERNANDEZ VANEGAS,

    Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER, et al.,

    Respondents.

5:26-cv-491

## ORDER

Petitioner Moises Elias Hernandez Vanegas ("Vanegas") filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus alleging his detention is unconstitutionally prolonged. Dkt. No. 1. The Court directed Respondent to answer the Petition. Dkt. No. 3. Respondent answered, arguing Vanegas was properly detained under 8 U.S.C. § 1231(a). Dkt. No. 4.

Respondent has now amended his Response, stating that on May 19, 2026, the immigration judge reopened Vanegas's removal proceedings and allowed him to proceed with his application for relief from removal, which is pending. Dkt. No. 10 at 1. Respondent concedes that Vanegas's detention is properly grounded in 8 U.S.C. § 1226 and that he is therefore entitled to seek a bond hearing in immigration court. Id. at 2 ("Based on the changed circumstances set forth herein, Respondent asserts that it would

now be appropriate for the Petitioner to request a bond hearing as part of the immigration proceedings . . . .").

Vanegas's allegations that his post-removal detention is improperly prolonged are no longer justiciable because he is no longer detained without possibility of bond under § 1231(a). Respondent has conceded Vanegas is entitled to a bond hearing. Thus, Vanegas is free to seek a bond hearing through the immigration courts. Accordingly, the Petition is **DISMISSED as moot**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this civil action and enter the appropriate judgment.

**SO ORDERED**, this __14__ day of June, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2